IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WANDA JURRIAANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALABAMA COOPERATIVE ) <br> EXTENSION SYSTEM, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:17cv124-MHT <br> (WO) |

## ORDER

It is ORDERED that the motion to dismiss (doc. no. 10) is denied as moot in light of the amended complaint (doc. no. 14).

DONE, this the 6th day of June, 2017.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE